**Order filed March 11, 2014**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-13-00047-CR**
_____

**SOLOMON GETACHEW WORKU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1799333**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2B, a scene video.**

The clerk of the County Criminal Court at Law No. 2 is directed to deliver to the clerk of this court the original of State's Exhibit 2B, a scene video, on or before **March 25, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2B, a scene video, to the clerk of the County Criminal Court at Law No. 2.


PER CURIAM